STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JOSEPH IALONGO, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Maurice C. Brigadier* for the petitioners.

*Mr. Frederick T. Law* and *Mr. Frank J. V. Gimino* for
the respondent.

March 8, 1954.    Denied.